**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

BRYAN SANTIAGO PILATUNA
PINDUIZACA,

                Petitioner,

v.

WARDEN DELANEY HALL DETENTION
CENTER,

                Respondent.

Civil Action No: 26-8614 (SDW)

**WHEREAS OPINION**

July 14, 2026

**WIGENTON**, District Judge.

       **THIS MATTER** having come before this Court upon *pro se* Petitioner Bryan Santiago Pilatuna Pinduizaca's ("Petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (ECF No. 1); and

       **WHEREAS** the filing fee for a petition for writ of habeas corpus is $5.00.  Pursuant to Local Civil Rule 54.3(a), the filing fee is required to be paid at the time the petition is presented for filing; and

       **WHEREAS** Petitioner's *in forma pauperis* application states that he is unemployed, (ECF No. 1-2 at 4), but his Petition states that he was detained at his job site (ECF No. 1 at 1); and

       **WHEREAS** the Clerk will be ordered to send Petitioner a blank *in forma pauperis* application.  This Court will give Petitioner an opportunity to submit a revised application; and

**WHEREAS** Petitioner shall submit the $5.00 filing fee or revised *in forma pauperis* application within 30 days.  Otherwise, this Court shall close this matter.

An appropriate order follows.

_____
**SUSAN D. WIGENTON, U.S.D.J.**
Dated: July 14, 2026

2